UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
JENNIFER BABCOCK, an individual, on
behalf of herself and all other
similarly situated consumers,                    **RULE 7.1 DISCLOSURE**

                Plaintiff,                              14-cv-3124

      -against-

C.TECH COLLECTIONS, INC., a New York
Corporation; JOEL R. MARCHIANO, indi-
vidually and in his official capacity;
JAMES W ARGENT, individually and in
His official capacity; CYNTHIA A.
MICHELS, individually and in her
Official capacity; and JOHN AND JANE
DOES NUMBERS 1 THROUGH 25,
                Defendant(s).
----------------------------------------x

        Defendant, C.TECH COLLECTIONS, INC., by its attorney ARTHUR SANDERS, ESQ., alleges that the defendant has no publicly traded parent companies.

Dated:   New City, NY
          June 26, 2014

                                      /S/ Arthur Sanders
                                ARTHUR SANDERS, ESQ. (AS1210)
                                Attorney for defendant
                                30 South Main Street
                                New City, NY  10956
                                845-499-2990