| Andrew T. Thomasson, Esq.*<br>*Managing Member*<br><br>*Admitted in NJ Only | **THOMASSON LAW, LLC**<br>101 Hudson Street, 21st Floor<br>Jersey City, NJ 07302<br>Telephone: (201) 479-9969 | WRITER'S DIRECT DIAL:<br>(973) 665-2056   telephone<br>(855) 479-9969   facsimile<br><br>WRITER'S E-MAIL:<br>andrew@thomassonllc.com |
|---|---|---|

October 22, 2014

Honorable Marilyn D. Go, U.S.M.J.
UNITED STATES DISTRICT COURT
Eastern District of New York
225 Cadman Plaza East, Room 1214-S
Brooklyn, NY 11201

> Re:   *Babcock, et al. vs. C.Tech Collections, Inc., et al.*
> E.D.N.Y. Case No. 1:14-cv-03124-MDG
>              *--and--*
> *Campbell-Hicks, et al. vs. C.Tech Collections, Inc.*
> E.D.N.Y. Case No. 1:14-cv-03576-MDG

Dear Judge Go,

I am co-counsel of record for Plaintiff, Jennifer Babcock, in the referenced matter. I write on behalf of all Parties to both referenced cases, which are assigned to Your Honor, and which are currently consolidated for purposes of discovery. [*See,* 8/1/2014 Minute Entry]. At the Initial Conference on August 1, 2014, the Court directed the Parties to "file a report by 10/22/14 as to whether they are ready to participate in a settlement conference." *Id.*

The Parties agree a settlement conference will greatly assist them in their ongoing efforts to settle both pending cases; however, Plaintiffs would first like to obtain Defendants' responses to their written discovery, which was served on September 22, 2014. Plaintiffs believe that by having Defendants' discovery responses in advance of a settlement conference, they will be in a better position to properly assess the merits of Defendants' settlement position(s), thereby increasing the likelihood of the Parties' reaching an informed and fair resolution of the cases.

Accordingly, the Parties jointly request that the Court schedule a settlement conference for a date that is convenient for Your Honor, but preferably the last two weeks of November, or early December, 2014.

Respectfully submitted,

*/s/ Andrew T. Thomasson*

Andrew T. Thomasson
*Via ECF Filing Only*

cc:   All Counsel of Record *via ECF Filing Only*