LAW OFFICE
# KLEINMAN LLC
626 REXCORP PLAZA
UNIONDALE, NEW YORK 11556-0626

ABRAHAM KLEINMAN
ATTORNEY AT LAW

TELEPHONE
(516) 522-2621

FACSIMILE
(888) 522-1692

May 11, 2015

Hon. Marilyn D. Go
United States District Court
Eastern District of New York
225 Cadmnan Plaza East
Brooklyn, New York 11201-1818

Re: Babcock v. C. Tech Collections Inc.
    1:14-cv-03124 (MDG)

Dear Judge Go:

I represent the Plaintiff Babcock. Plaintiff and Defendants jointly and respectfully request a three week Extension for counsel to file their Joint Motion for Preliminary of the Class Settlement Agreement.

Last week Plaintiff filed a Joint Motion for Consolidation, which is currently pending. Once the Court rules upon the Parties' Joint Motion for Consolidation, Plaintiff will be positioned to finalize the settlement documents and motion and then send them to Defendants for their final review, edit, and execution.

On behalf of the Parties, I thank the Court for its continued courtesies and consideration of the herein request.

Respectfully submitted,

Abraham Kleinman